Alexander E. Wolf (SBN 299775)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
awolf@milberg.com
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Tel: 872-365-7060

Attorneys for Plaintiff


Randolph T. Moore (SBN 120041)
rmoore@swlaw.com
**SNELL & WILMER L.L.P.**
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Tel: 714.427.7000

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGARY JOHNSON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BABY TREND, INC,<br><br>　　　　　Defendant. | Case No.: 5:23-cv-01283-JGB-SHK<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff GREGORY JOHNSON ("Plaintiff") and Defendant BABY TREND, INC. ("Defendant") (each a "Party" and collectively the "Parties"), by and through their respective counsel, hereby stipulate that the above-captioned action is voluntarily dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (authorizing voluntary dismissal "without a court order" upon a "stipulation of dismissal signed by all parties who have appeared"). This stipulation of dismissal shall not affect the claims of any other putative class members as no class has been certified. Each Party shall bear its own fees and costs.

Respectfully submitted,

Dated: June 21, 2024

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

*/s/ Alexander E. Wolf*
Alexander E. Wolf
Attorneys for Plaintiff
GREGARY JOHNSON

Dated: June 21, 2024

SNELL & WILMER L.L.P.

*/s/ Randolph T. Moore*
Randolph T. Moore
Attorneys for Defendant
BABY TREND, INC.

## SIGNATURE CERTIFICATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Alexander E. Wolf, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Alexander E. Wolf*
Alexander E. Wolf